Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorneys for Plaintiff,*
Alex Friedeck

Craig J. Mariam, Esq. (SBN: 225820)
cmariam@gordonrees.com
**GORDON AND REES LLP**
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071
Telephone:   (213) 576-5000
Facsimile:    (877) 306-0043

*Attorneys for Defendant,*
Monarch Recovery Management, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX FRIEDECK,** | Case No: 5:14-cv-01081-PSG-SH |
| PLAINTIFF, | |
| V. | **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| **MONARCH RECOVERY MANAGEMENT, INC.,** | **HON. PHILIP S. GUTIERREZ** |
| DEFENDANT. | |

Plaintiff ALEX FRIEDECK, (hereinafter "Plaintiff") and Defendant MONARCH RECOVERY MANAGEMENT, INC. (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice.

Dated: September 19, 2014             **HYDE & SWIGART**

                By:  /s/ Crosby S. Connolly
                  Crosby S. Connolly
                  Attorney for Plaintiff

Dated: September 19, 2014             **GORDON AND REES LLP**

                By:  /s/ Craig J. Mariam
                  Craig J. Mariam
                  Attorney for Defendant

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Craig J. Mariam, counsel for Defendant, and that I have obtained Mr. Mariam's authorization to affix his electronic signature to this document.

Dated: September 19, 2014             **HYDE & SWIGART**

                By:  /s/ Crosby S. Connolly
                  Crosby S. Connolly
                  Attorney for Plaintiff