E-FILED 9/23/14

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX FRIEDECK,**<br><br>                    PLAINTIFF,<br>v.<br><br>**MONARCH RECOVERY MANAGEMENT, INC.,**<br><br>                    DEFENDANTS. | Case No: 5:14-CV-01081-PSG-SH<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>HON. PHILIP S. GUTIERREZ |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: __9/23/14__

*PHILIP S. GUTIERREZ*
_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE